# TANENBAUM KEALE LLP
*Attorneys at Law*

Dennis E. Vega
dvega@tktrial.com
973.820.1136

September 2, 2020

**VIA ECF**
Honorable Paul A. Engelmayer, U.S.D.J.
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom 1305
New York, New York 10007

> **RE:** *Paroni, Elodie & Est. of Eugene v. Alstom SA, et al.*
> Civil Action Number: 1:19-cv-01034-PAE

Dear Judge Engelmayer:

In response to your Order, dated September 1, 2020 (Doc. 46), the parties have communicated, and jointly propose the below scheduling order for your consideration:

1. Plaintiff to file leave to serve amended Complaint (defense consents) no later than 9/8/2020;
2. Plaintiff to serve amended Complaint on General Electric UK Holdings Ltd. no later than 9/15/2020;
3. Plaintiff to propound written discovery no later than 9/15/2020;
4. Defendant to respond to written discovery no later than 10/13/2020;
5. Plaintiff must notice any depositions no later than 10/16/2020 (deposition, if noticed, to be conducted during the week of 10/19 and 10/26);
6. Jurisdictional discovery ends on 10/30/2020;
7. Plaintiff's letter indicating whether she will continue to pursue this action is due 11/6/2020;
8. General Electric UK Holdings Ltd.'s motion to dismiss for lack of personal jurisdiction, if any, is due 11//20/2020;
9. Plaintiff's opposition is due 12/4/2020;
10. General Electric UK Holdings Ltd.'s reply is due 12/11/2020.

We appreciate the Court's time and consideration in this matter.

Respectfully,

TANENBAUM KEALE LLP

*Dennis E. Vega*
Dennis E. Vega

CC:   Plaintiff's Counsel (via ECF)



t 973.242-0002 | f 973.242.8099
Three Gateway Center, 100 Mulberry Street, Suite 1301
Newark, New Jersey 07102
www.TKTrial.com

NEW JERSEY | NEW YORK | PENNSYLVANIA | WASHINGTON

Granted.  The Court adopts the proposed schedule.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

September 3, 2020