UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ELODIE PARONI, Individually and on Behalf of the Estate of EUGENE PARONI )<br>)<br>)<br>)<br>*Plaintiff* )<br>)<br>vs. )<br>)<br>)<br>)<br>ALSTOM SA, INDIVIDUALLY AND )<br>AS PARENT, ALTER EGO AND/OR )<br>SUCCESSOR-IN-INTEREST TO ALSTOM )<br>POWER UK LTD., ALSTOM POWER, INC., )<br>ABB ALSTOM POWER INDUSTRIAL )<br>TURBINES LTD., ABB ALSTOM POWER )<br>INDUSTRIAL TURBINES, INC., ALSTOM GAS )<br>TURBINES LTD., ALSTOM GAS TURBINES, )<br>INC., EUROPEAN GAS TURBINES LTD., )<br>EUROPEAN GAS TURBINES, INC., RUSTON )<br>GAS TURBINES, LTD., AND/OR RUSTON )<br>GAS TURBINES, INC.; )<br>)<br>*Defendant* )<br>) | Civil Action No.: 1-19-cv-01034-PAE<br><br>**PLAINTIFF'S *UNOPPOSED MOTION* FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** |

---

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff Elodie Paroni, respectfully moves this Court for leave to file the attached Third Amended Complaint (attached hereto as **Exhibit A**). Counsel for Defendant Alstom SA has identified another entity, General Electric UK Holdings Ltd, as the correct party. The proposed Third Amended Complaint, proposes to substitute Defendant Alstom SA with the proper Defendant General Electric UK Holdings Ltd.

Rule 15 provides that "a party may amend its pleading with the opposing party's written consent or the court's leave" and that "[t]he court should freely give leave when justice so

1

requires." Fed. R. Civ. P. 15(a)(2). Plaintiff has written consent of Defendant to file the Third Amended Complaint. General Electric UK Holdings Ltd. will be represented by the same counsel representing Alstom SA and has agreed to accept service on behalf of the company to avoid further delays via service through the Hauge Convention. Additionally, General Electric UK Holdings Ltd. will not raise a statute of limitations defense.

For these reasons, Plaintiff respectfully requests this Court grant her leave to file the attached Third Amended Complaint.

Respectfully submitted,

By: /s/ Angela J. Nehmens
William A. Levin
*Admitted Pro Hac Vice*
Angela J. Nehmens
*Admitted Pro Hac Vice*
Levin Simes Abrams LLP
1700 Montgomery Street, Suite 250
San Francisco, CA 94111
Telephone: (415) 426-3000
Facsimile: (415) 426-3001
wlevin@levinsimes.com
anehmens@levinsimes.com

*Attorneys for Plaintiff*

Granted.

SO ORDERED.

9/15/20

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge

September 15, 2020