UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELODIE PARONI, *Individually and on Behalf of the Estate of* EUGENE PARONI,

                            Plaintiff,

                    -v-

ALSTOM SA, et al.,

                            Defendants.

19 Civ. 1034 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court has received letters from plaintiff Elodie Paroni ("Paroni"), Dkt. 62 ("Paroni Letter"), and defendant General Electric UK Holdings Ltd. ("GEUKH"), Dkt. 63 ("GEUKH Letter"), regarding a discovery dispute concerning Paroni's jurisdictional discovery in this case. Paroni requests an extension of time to complete jurisdictional discovery to correct certain alleged deficiencies in GEUKH's designated witness's testimony.

    On March 3, 2020, this Court granted Paroni's request for jurisdictional discovery in order to ascertain whether this Court had jurisdiction over defendant Alstom SA. *See* Dkt. 37. The parties having advised the Court that they had determined that GEUKH was the proper defendant and would waive any statute of limitations defense, Dkt. 45, on September 1, 2020, the Court permitted the parties to substitute GEUKH for defendant Alstom SA and extended the time to complete jurisdictional discovery in order to permit Paroni to conduct discovery into GEUKH as well, Dkt. 46. On November 9, 2020, the Court granted the parties' request for an extension. Dkt. 60.

    On November 24, 2020 and December 4, 2020, Paroni took the deposition of Graham Ross MacDonald, a witness designated by GEUKH. Paroni Letter at 1–2. Paroni contends that

1

she now wishes to pursue a new theory as to whether the Court has jurisdiction over GEUKH, which may depend on GEUKH's contacts with the forum, which in turn depend on "the extent to which all companies the [the General Electric] family are interdependent and/or independent for jurisdictional purposes." *Id.* at 2. Paroni seeks an extension of time to complete jurisdictional discovery on these points, specifically, to depose one or more persons from "GE Corporation." *Id.* at 4.

GEUKH opposes this extension. It argues that the time to notice jurisdictional discovery has passed and that Paroni should not be permitted to conduct one or more depositions of non-parties under her new theory of jurisdiction. *See* GEUKH Letter.

The Court holds with GEUKH. The Court generously extended time to Paroni to pursue jurisdictional discovery, giving her ample time to prepare for and conduct discovery into viable theories of jurisdiction. Her request for yet more time to pursue a new theory, days before the due date of GEUKH's anticipated motion to dismiss, comes too late, and is not justified. Accordingly, Paroni's request for an extension is denied.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: December 11, 2020
       New York, New York