UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELODIE PARONI,

                              Plaintiff,

            -v-

GENERAL ELECTRIC UK HOLDINGS LTD.

                             Defendant.

19 Civ. 1034 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      The Court has received plaintiff's motion to transfer this case to the Northern District of California, Dkt. 77, as the Court previously indicated it would do so in lieu of dismissing the case for lack of personal jurisdiction over the defendant. Dkt. 74 at 25. Any opposition to this motion is due September 7, 2021.

      SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: August 31, 2021
       New York, New York